## FIRST DISTRICT.

Henry Quindel, appellee, v. Harry H. Schoppe and Louis Schoppe, appellants. Gen. No. 27,602.

Action on verbal contract for commissions for sale of a farm. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. S. N. Hoover, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

Ralph L. Peck, for appellants. Rathje, Lawlor & Connor, for appellee; Gerard A. Connor, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Mary A. Downes, administratrix of the estate of John J. Downes, deceased, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 27,717.

Action for the death of a policeman struck by one of defendants' street cars. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed December 5, 1922.

Charles LeRoy Brown, for appellants; John R. Guilliams, Frank L. Kriete and Robert J. Slater, of counsel. George E. Gorman and John E. Crahen, for appellee; John M. Pollock, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Helga Fredin, appellee, v. Charles A. Stevens & Brothers, corporation, appellant. Gen. No. 27,732.

Action upon a warranty of quality of a lady's suit purchased from defendant and found to be defective. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. G. O. Dietz, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed. Opinion filed December 5, 1922.

Wiley E. Hosier, for appellant. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.